# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00617-CV

### In re Ford Motor Company

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

### M E M O R A N D U M   O P I N I O N

Real parties in interest Ken and Sherlyn Melton have filed a motion to dismiss as moot relator Ford Motor Company's petition for writ of mandamus on grounds that they have non-suited their claims against Ford.  We grant the motion to dismiss.  The petition for writ of mandamus is dismissed as moot.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Puryear and Pemberton

Filed:   November 7, 2008